# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 15, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

160551(68)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

       SC: 160551
       COA: 343255
       Saginaw CC: 16-042719-FC

ROBERT LANCE PROPP,
       Defendant-Appellant.
_____/

       On order of the Chief Justice, the second motion of defendant-appellant to extend the time for filing his brief on appeal is GRANTED. The brief submitted on January 14, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 15, 2021



Clerk